UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY J. JEANLOUIS (#121703)

VERSUS                                          CIVIL ACTION

RICHARD STALDER, ET AL                          NUMBER 07-113-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the that the defendants' motion for summary judgment[1] shall be granted and this action shall be dismissed.

IT IS FURTHER ORDERED that the plaintiff's claims against Dr. Hegmann, Joni Nickens, Ms. Authur, and Ms. Clark shall be dismissed pursuant to Rule 4(m), Fed.R.Civ.P., for failure to serve them within the time allowed by the rule.

Baton Rouge, Louisiana, February 6, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 49.

Doc#45042